UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :

KAINE GOODWIN,                         :

                        Plaintiff,   :

                                  :

          -against-             :

                                  :

HAWKER DAYTON CORPORATION, et al.,  :

                     Defendants. :
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2019

19 Civ. 4284 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on November 22, 2019, Judge Gorenstein issued a Report and

Recommendation to grant Plaintiff's application for default judgment (Dkt. No. 35);

    WHEREAS, as stated in Judge Gorenstein's November 22, 2019, Report and

Recommendation, the deadline for any objections was December 6, 2019 (Dkt. No. 35);

    WHEREAS, no objections were timely filed;

    WHEREAS, in reviewing a Magistrate Judge's Report and Recommendation, a district

judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made

by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "When no timely objection is filed, the

court need only satisfy itself that there is no clear error on the face of the record in order to accept

the recommendation." FED. R. CIV. P. 72(b) Advisory Committee Notes; *accord Niles v.

O'Donnell*, No. 17 Civ. 1437, 2019 WL 1409443, at *1 (S.D.N.Y. Mar. 28, 2019);

    WHEREAS, the Court finds no clear error on the face of the record. It is hereby

    **ORDERED** that the Report and Recommendation is adopted. For the reasons stated in

the Report and Recommendation, Plaintiff's application for default judgment is **GRANTED**.

Plaintiff is awarded a judgment against Defendants Hawker Dayton Corp. and William Darrow II,

jointly and severally, in the total amount of $262,020 in withdrawal liability, $105,546.87 in

accrued interest (equal to a rate of $162.63 per day from March 1, 2018 to the date judgment is

entered), and $14,681 in attorneys' fees and costs.

The Clerk of Court is respectfully requested to close the case.

Dated: December 10, 2019
       New York, New York


**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**