UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KAINE GOODWIN,

                       Plaintiff,

        -against-

HAWKER DAYTON CORPORATION, et al.,
                       Defendants.
-----------------------------------------------------------X

19 CIVIL 4284 (LGS)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 10, 2019, the Report and Recommendation is adopted. Plaintiff's application for default judgment is GRANTED. Plaintiff is awarded a judgment against Defendants Hawker Dayton Corp. and William Darrow II, jointly and severally, in the total amount of $262,020 in withdrawal liability, $105,546.87 in accrued interest (equal to a rate of $162.63 per day from March 1, 2018 to the date judgment is entered), and $14,681 in attorneys' fees and costs; accordingly, the case is closed.

**Dated:** New York, New York
         December 12, 2019

                                          **RUBY J. KRAJICK**
                                             Clerk of Court
                     BY:
                                              **Deputy Clerk**